FILED
2014 AUG -8 AM 11: 56
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
SANTA ANA
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM WARREN GEARY, JR.,<br><br>Defendant. | NO. SACR14-00125<br><br><u>I N F O R M A T I O N</u><br><br>[18 U.S.C. § 371: Conspiracy;<br>18 U.S.C. § 1957: Money<br>Laundering] |

The United States Attorney charges:

[18 U.S.C. § 371]

<u>COUNT ONE</u>

A.   INTRODUCTION

At all relevant times to this Information:

1.   Defendant WILLIAM WARREN GEARY, JR. ("GEARY") owned and operated Carlsberg Management Company ("CMC") located in Los Angeles, California.

2.   Defendant GEARY, along with nine other limited partners, purchased Ocean Walk Shoppes ("OWS"), a shopping center in Daytona, Florida.

3. Defendant GEARY was a limited partner in OWS and managed OWS through his company, CMC.

B. THE OBJECT OF THE CONSPIRACY

4. Beginning in or around August 2009, and continuing to in or around April 2010, in Orange County, within the Central District of California, and elsewhere, defendant GEARY and his bookkeeper, together with others known and unknown to the United States Attorney, combined, conspired, and agreed with each other to knowingly and intentionally commit an offense against the United States, namely, mail fraud, in violation of Title 18, United States Code, Section 1341.

C. THE MANNER AND MEANS OF THE CONSPIRACY

5. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

    a. Defendant GEARY solicited funds from the OWS limited partners by falsely representing to them that the funds would be used for tenant improvements.

    b. Instead of using the funds as promised, defendant GEARY and his bookkeeper caused almost $1 million OWS funds to be used for defendant GEARY's personal benefit.

D. OVERT ACT

6. In furtherance of the conspiracy and to accomplish its object, defendant GEARY, together with others known and unknown to the United States Attorney, committed and willfully caused others to commit the following overt act, among others, in Orange County, within in the Central District of California and elsewhere:

<u>Overt Act No. 1</u>: On or about August 26, 2009, defendant GEARY caused OWS limited partner P.D. in Laguna Beach, California, to mail a check in the amount of $397,469 to Carlsberg Management Company in Los Angeles, California, for OWS tenant improvements.

## COUNT TWO

[18 U.S.C. § 1957]

7. The United States Attorney hereby incorporates by reference and re-alleges paragraphs 1 through 5 of this Information as though fully set forth herein.

8. On or about September 18, 2009, in Los Angeles County, within the Central District of California, and elsewhere, defendant GEARY, knowing that the funds involved represented the proceeds of some form or unlawful activity, conducted, and willfully caused others to conduct, the following monetary transaction in criminally derived property of a value greater than $10,000, which property, in fact, was derived from specified unlawful activity, namely, mail fraud, in violation of Title 18, United States Code, Section 1341: a negotiated check from CMC's bank account at First Regional Bank in Santa Monica,

//
//
//

California, in the amount of $43,027.74 to Citizens Bank of Pennsylvania in Providence, Rhode Island.

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ R. E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH T. McNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Santa Ana Branch Office